UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STACY MOCK, on behalf of herself and all others similarly situated,   )<br>)<br>Plaintiff,   )<br>v.   )<br>)<br>TOMPKINS COMMUNITY BANK,   )<br>)<br>Defendant.   ) | Civil Action No. 3:22-cv-00995-BKS-ML<br><br>Magistrate Judge Miroslav Lovric |

### NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that upon: (1) the accompanying Memorandum of Law, and (2) the Declaration of Tyler Ewigleben, and the exhibits attached thereto (including the Parties' Class Action Settlement Agreement), Plaintiff Stacy Mock ("Plaintiff"), through her undersigned attorneys, will move this Court, before the Honorable Judge Miroslav Lovric, United States District Court Magistrate Judge, Northern District of New York, at the U.S. Courthouse and Federal Building, 15 Henry Street Binghamton, NY 13901, for an Order, pursuant to Federal Rule of Civil Procedure 23(e) to: (1) grant Preliminary Approval to the Settlement; (2) certify for settlement purposes the proposed Settlement Class, pursuant to Rule 23(a) and 23(b)(3); (3) appoint Plaintiff as Class Representative; (4) approve the Notice Program and approve the form and content of the Notices attached to the Agreement as Exhibits 1 and 2; (5) approve and order the opt-out and objection procedures in the Agreement; (6) stay the Action against Tompkins Community Bank pending Final Approval of the Settlement; (7) appoint Tyler Ewigleben of the Johnson Firm and Sophia Gold of KalielGold PLLC as Class Counsel; and (8) schedule a Final Approval Hearing of the Settlement.

1

* * *

A Proposed Preliminary Approval Order is submitted herewith.

Dated: July 24, 2023                                  Respectfully submitted,

By:/*s/ Sophia Goren Gold*
    Sophia G. Gold (Bar Roll No. 701241)
    **KalielGold PLLC**
    950 Gilman Street, Suite 200
    Berkeley, CA 94710
    Tel: (202) 350-4783
    sgold@kalielgold.com

    Jeffrey D. Kaliel (Bar Roll No. 518372)
    **KalielGold PLLC**
    1100 15th Street NW, 4th Floor
    Washington, D.C. 20005
    Tel: (202) 350-4783
    jkaliel@kalielpllc.com

    Tyler B. Ewigleben (Bar Roll No. 704117)
    **Johnson Firm**
    610 President Clinton Avenue, Suite 300
    Little Rock, Arkansas 72201
    Telephone: (501) 372-1300
    tyler@yourattorney.com

    *Attorneys for Plaintiff and the Putative Class*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 24, 2023, the foregoing was served by CM/ECF to all counsel of record.

                                              Respectfully submitted,

                                    By:*/s/Sophia Goren Gold*
                                        Sophia Goren Gold (Bar Roll No. 701241)