# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STACY MOCK, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) Civil Action No. 3:22-cv-00995-BKS-ML ) |
| v. | ) Magistrate Judge Miroslav Lovric ) |
| TOMPKINS COMMUNITY BANK, | ) ) |
| Defendant. | ) |

### NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that upon: (1) the accompanying Memorandum of Law, (2) the Declaration of Tyler Ewigleben, and the exhibits attached thereto (including the Parties' Class Action Settlement Agreement), and (3) the Declaration of Settlement Administrator, Plaintiff Stacy Mock ("Plaintiff"), by and through her undersigned counsel, will move this Court, before the Honorable Judge Miroslav Lovric, United States District Court Magistrate Judge, Northern District of New York, at the U.S. Courthouse and Federal Building, 15 Henry Street Binghamton, New York 13901, for an Order, pursuant to Federal Rule of Civil Procedure 23(e) to: (1) granting Final Approval to the Settlement; (2) affirming its certification of the Settlement Class for settlement purposes only, pursuant to Rule 23(a) and 23(b)(3); (3) affirming its appointment of Stacy Mock as Class Representative; (4) affirming its appointment of Tyler Ewigleben of the Jennings PLLC and Sophia Gold of KalielGold PLLC as Class Counsel; (5) finding that the Class Notice satisfied the requirements of due process and Rule 23(e)(1); (6) approving the Class Release for all Settlement Class Members as of the Effective Date and permanently enjoining all Settlement Class

1

Members from bringing any of the Released Claims against the Released Parties; and (7) entering the Final Approval Order and Judgment, dismissing the action with prejudice.

A Proposed Final Approval Order and Judgment of Dismissal is submitted herewith.

Dated: February 16, 2024

Respectfully submitted,

By: */s/ Sophia Goren Gold*
Sophia G. Gold (Bar Roll No. 701241)
**KalielGold PLLC**
950 Gilman Street, Suite 200
Berkeley, CA 94710
Tel: (202) 350-4783
sgold@kalielgold.com

Jeffrey D. Kaliel (Bar Roll No. 518372)
**KalielGold PLLC**
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Tel: (202) 350-4783
jkaliel@kalielpllc.com

Tyler B. Ewigleben (Bar Roll No. 704117)
Christopher D. Jennings
(Bar Roll No. 701478)
**Jennnigs PLLC**
P.O. Box 25972
Little Rock, AR 72221
Telephone: (317) 695-1712
Email: chris@jenningspllc.com
Email: tyler@jenningspllc.com

*Attorneys for Plaintiff and the Proposed Settlement Class*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 16, 2024, the foregoing was served by CM/ECF to all counsel of record.

*/s/Sophia Goren Gold*
Sophia Goren Gold (Bar Roll No. 701241)
