UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

STACY MOCK, on behalf of herself and all others similarly situated,

                Plaintiff,

3:22-cv-00995 (BKS/ML)

v.

TOMKINS COMMUNITY BANK,

                Defendant.

**Hon. Brenda K. Sannes, Chief United States District Judge:**

## JUDGMENT OF DISMISSAL

This action came before the Court on Plaintiff Stacy Mock's ("Plaintiff") and Defendant Tompkins Community Bank's ("Tompkins") (together, the "Parties") Motion for Final Approval of the Parties' class action Settlement Agreement and Release ("Settlement Agreement").

The Court having entered its Order granting Final Approval of Settlement and directing entry of judgment of dismissal,

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. All Released Claims of all Settlement Class Members against Tompkins, as defined in the Settlement Agreement, are dismissed with prejudice.

2. All claims of Plaintiff against Tompkins are dismissed with prejudice.

3. The Litigation is dismissed with prejudice.

4. Notwithstanding the foregoing dismissal of claims and the Litigation in the preceding paragraphs, the Court shall retain jurisdiction over the construction, interpretation, implementation, and enforcement of the Settlement Agreement, and to supervise and adjudicate any disputes arising from the disbursement of the Settlement

Fund. All Settlement Class Members, as defined in this Court's Final Approval Order, are bound by the Release set forth in the Parties' Settlement Agreement at Section VII and are hereby permanently enjoined and restrained from filing, prosecuting, or otherwise asserting any Released Claims against any Released Party as those terms are defined in the Parties' Settlement Agreement.

6. The Parties shall comply with and implement the Settlement Agreement and provide the Settlement Class Members with the benefits set forth therein.

**IT IS SO ORDERED.**

Date:  <u>April 10, 2024</u>
       Syracuse, New York

*Brenda K. Sannes*
Brenda K. Sannes
Chief U.S. District Judge